CRIMINAL COMPLAINT

# United States District Court

**DISTRICT of ARIZONA**

United States of America
v.
**Ahmed Mahad Mohamed** DOB: 1997, and
**Abdi Yemani Hussein** DOB: 1999

DOCKET NO.

SEALED

MAGISTRATE'S CASE NO. 19-04589MJ

Complaint for violation of: Title 18, United States Code, Section 2339B
Conspiracy to Provide Material Support to a Foreign Terrorist Organization

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1:
From at least in or about August 2018, to the present, in the District of Arizona and elsewhere, defendants, AHMED MAHAD MOHAMED and ABDI YEMANI HUSSEIN, conspired to knowingly provide material support and resources to a foreign terrorist organization, that is MOHAMED and HUSSEIN, themselves, as personnel, to the Islamic State of Iraq and al-Sham ("ISIS"), in violation of 18 U.S.C. Section 2339B.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.  AUTHORIZED AUSA Kevin C. Hakala | MIKE MUTARI  OFFICIAL TITLE  FBI Special Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE  July 26, 2019 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54

cc: AUSA; FPD