JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
NATIONAL SECURITY DIVISION
ALICIA H. COOK
Trial Attorney
COUNTERTERRORISM SECTION
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone:  202-514-0110
Alicia.cook2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Ahmed Mahad Mohamed, and <br> Abdi Yemani Hussein <br><br> Defendant. | Mag. No.   19-mj-04589-TUC (EJM) <br><br> NOTICE OF APPEARANCE <br> OF GOVERNMENT COUNSEL |

The United States of America, by and through its undersigned attorneys, gives notice that Alicia A. Cook files her appearance as co-counsel for the United States of America in the above-captioned matter.

Respectfully submitted this 31ST day of July, 2019.

JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
NATIONAL SECURITY DIVISION

*s/Alicia H. Cook*

Alicia H. Cook
Trial Attorney

Copy of the foregoing served electronically or by other means this 31st day of July, 2019 to:

Thomas Scott Hartzell, Esq.
Bradley King Roach, Esq.