MICHAEL BAILEY
United States Attorney
District of Arizona
Kevin C. Hakala
Beverly K. Anderson
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Bev.Anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>   vs.<br><br>Ahmed Mahad Mohamed, and<br>Abdi Yemani Hussein,<br><br>             Defendants. | Mag. No. 19-mj-04589-TUC (EJM)<br><br>MOTION TO COMPEL<br>PRODUCTION OF BIOMETRICS |

The United States of America, by and through its undersigned attorneys, hereby moves this Court to order Defendant Ahmed Mahad Mohamed to submit to presenting himself for purposes of obtaining biometric features, in order to effectuate the search of the digital device, identified as "TARGET 1 DEVICE" in MB 19-04587, as authorized by this Court on July 26, 2019.

Respectfully submitted this 31st day of July, 2019.

                                          MICHAEL BAILEY
                                          United States Attorney
                                          District of Arizona

                                          *s/Beverly K. Anderson*

                                          Beverly K. Anderson
                                          Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 31st day of July, 2019 to:

Thomas Scott Hartzell, Esq.
Bradley King Roach, Esq.