MICHAEL BAILEY
United States Attorney
District of Arizona
Beverly K. Anderson
Arizona State Bar No. 010547
Kevin C. Hakala
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Bev.Anderson@usdoj.gov
Email: Kevin.Hakala@usdoj.gov

JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
NATIONAL SECURITY DIVISION
ALICIA H. COOK
Trial Attorney
COUNTERTERRORISM SECTION
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone: 202-514-0110
Alicia.cook2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Ahmed Mahad Mohamed, and Abdi Yemani Hussein, <br><br> Defendants. | Mag. No. 19-mj-04589-TUC-N/A (EJM) <br><br> MOTION TO COMPEL PRODUCTION OF BIOMETRICS |

The United States of America, by and through its undersigned attorneys, hereby moves this Court to order Defendant Abdi Yemani Hussein to submit to presenting himself for purposes of obtaining biometric features, in order to effectuate the search of the digital

///

///

///

device, identified as "TARGET 2 DEVICE" in 19-04588 MB, as authorized by this Court on July 26, 2019.

Respectfully submitted this 1st day of August, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Beverly K. Anderson*

Beverly K. Anderson
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 1st day of August, 2019 to:

Thomas Scott Hartzell, Esq.
Bradley King Roach, Esq